UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

DALE DICKERSON, ET AL           *          CIVIL ACTION

VERSUS                          *          NO: 06-5181

STATE FARM FIRE AND CASUALTY    *          SECTION: "D"(3)
COMPANY


                        **ORDER AND REASONS**

Before the court is the **"Motion for Reconsideration"** filed by Defendant, State Farm Fire and Casualty Company, and set for hearing on Wednesday, June 20, 2007. In this motion, State Farm seeks reconsideration of that part of the court's previous "Order and Reasons" (Doc. No. 26) wherein the court denied State Farm's "Motion to Dismiss Plaintiffs' Federal Common Law Extra-Contractual Claims," to the extent that State Farm sought dismissal of Plaintiffs' extracontractual claims that are ***procurement-based***.[1]

State Farm argues that in its "Order and Reasons" (Doc. No. 26), the court erroneously and unnecessarily addressed state law

---

[1] In the same "Order and Reasons" (Doc. No. 26), the court granted that part of State Farm's "Motion to Dismiss Plaintiffs' Federal Common Law Extra-Contractual Claims," wherein State Farm sought dismissal of Plaintiffs' extracontractual claims arising from their ***adjustment or claims handling dispute.***

procurement claims, because the Plaintiffs chose federal law as a predicate to all claims alleged in their claim, and they do not present any state law claims at all.  Plaintiffs did not file a memorandum in opposition to State Farm's Motion to reconsider, but counsel for the Plaintiffs telephoned the court (on June 18, 2007) to advise the court that State Farm's position in its Motion to Reconsider (i.e., that Plaintiffs did not present any state law claims in its Complaint) is correct.

Accordingly;

Having considered the memorandum of State Farm's counsel, the telephonic representation made by Plaintiffs' counsel, the record, and the applicable law, the court **GRANTS** State Farm's **Motion for Reconsideration** (which the court treats as a Motion to Alter or to Amend Judgment under Federal Rule of Civil procedure 59(e)), **DISMISSES** *all of Plaintiffs' extra-contractual claims, whether arising from claims handling or procurement*,[2] and thereby **CORRECTS** its previous Order and Reasons (Doc. No. 26).

New Orleans, Louisiana, this **18th** day of **June**, **2007**.

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE

---

[2]     Plaintiffs still have a breach of contract action wherein Plaintiffs seek benefits under their Standard Flood Insurance Policy.